### Darrell A. GUSNER

v.

### John F. BRADY et al.

### No. 84–560–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1985.

Richard E. Updegrove, Jr., Middletown, for petitioner.

Donato A. D'Andrea, Newport, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.